1 ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
2 DAVID T. GLUTH, II, ESQ.
Nevada Bar No. 10596
3 GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
4 Las Vegas, Nevada 89101
Telephone: (702) 577-9316
5 Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
6         dgluth@grsm.com

7 *Attorneys for Nevada Ranch Twilight
Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, | Case No.: 2:17-cv-02437-JCM-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT [ECF No. 1]** |
| NEVADA RANCH TWILIGHT HOMEOWNERS ASSOCIATION, | |
| Defendant. | |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Ocwen Loan Servicing, LLC ("Ocwen"), and Defendant Nevada Ranch Twilight Homeowners' Association ("Nevada Ranch"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Ocwen filed its Complaint on September 18, 2017 (ECF No. 1).

2. Nevada Ranch was served with process on November 30, 2017 (ECF No. 5).

3. Nevada Ranch's response is due on or about December 21, 2017. (ECF No. 5).

4. The parties agree that Nevada Ranch should be afforded an extension of in which to file a response to the Complaint. An extension is necessary because Nevada Ranch counsel was recently retained and needs an opportunity to review the file and documents to adequately prepare a response to the Complaint. Ocwen has no objection to the extension.

/ / /

-1-

5. Therefore, the parties agree that Nevada Ranch response to the Complaint is now due on or before January 11, 2018.

DATED: December 20th, 2017.

GORDON & REES LLP

*/s/ David T. Gluth*
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, II, ESQ.
Nevada Bar No. 10596
300 S. Fourth Street, Ste. 1550
Las Vegas, Nevada 89101

*Attorneys for Nevada Ranch Twilight Homeowners Association*

DATED: December 20th, 2017.

WRIGHT FINLAY ZAK

*/s/ Christina Miller*
DANA J. NITZ, ESQ.
Nevada Bar No. 0050
CHRISTINA V. MILLER, ESQ.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

*Attorneys for Plaintiff Ocwen Loan Servicing, LLC*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: December 22, 2017