WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
cmiller@wrightlegal.net
*Attorneys for Plaintiff Ocwen Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA RANCH TWILIGHT HOMEOWNERS ASSOCIATION,<br><br>Defendant. | Case No.: 2:17-cv-02437-JCM-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT NEVADA RANCH TWILIGHT HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS COMPLAINT** |

COME NOW Plaintiff Ocwen Loan Servicing, LLC ("Ocwen") and Defendant Nevada Ranch Twilight Homeowners Association (the "Nevada Ranch Twilight"), by and through their respective counsel of record, and hereby stipulate and agree as follows:

WHEREAS, on August 29, 2009, a Notice of Delinquent Assessment (Lien) was recorded against the subject Property by Alessi & Koenig, LLC (the "HOA Trustee") on behalf of Nevada Ranch Master Homeowners Association ("Nevada Ranch Master").

WHEREAS, on that same date, a Notice of Delinquent Assessment (Lien) was recorded against the subject Property by the HOA Trustee on behalf of Nevada Ranch Twilight.

WHEREAS, on November 16, 2009, a Notice of Default and Election to Sell Under Homeowners Association Lien was recorded against the subject Property by the HOA Trustee on behalf of Nevada Ranch Master.

WHEREAS, on that same date, a Notice of Default and Election to Sell Under

1   Homeowners Association Lien was recorded against the subject Property by the HOA Trustee on
2   behalf of Nevada Ranch Twilight.

3     WHEREAS, on November 5, 2010, a second Notice of Default and Election to Sell
4   Under Homeowners Association Lien was recorded against the subject Property by the HOA
5   Trustee on behalf of Nevada Ranch Master.

6     WHEREAS, on March 20, 2012, a Notice of Trustee's Sale was recorded against the
7   subject Property by the HOA Trustee on behalf of Nevada Ranch Master, stating that a
8   foreclosure sale would proceed on April 11, 2012.

9     WHEREAS, on August 14, 2012, a Notice of Trustee's Sale was recorded against the
10  subject Property by the HOA Trustee on behalf of Nevada Ranch Twilight, stating that a
11  foreclosure sale would proceed on September 12, 2012.

12    WHEREAS, on August 14, 2012, a second Notice of Trustee's Sale was recorded against
13  the subject Property by the HOA Trustee on behalf of Nevada Ranch Master, stating that a
14  foreclosure sale would proceed on September 12, 2012.

15    WHEREAS, on January 8, 2013, a Trustee's Deed Upon Sale was recorded against the
16  Property by the HOA Trustee on behalf of Nevada Ranch Twilight, stating that a foreclosure sale
17  occurred on December 12, 2012.

18    WHEREAS, on April 25, 2013, a Corrective Trustee's Deed Upon Sale was recorded
19  against the Property by the HOA Trustee, stating that it was recorded "[t]o correct foreclosing
20  beneficiary name and TS. No."  The foreclosing beneficiary was changed from Nevada Ranch
21  Twilight to Nevada Ranch Master.  The foreclosure sale date was also changed from December
22  12, 2012, to September 12, 2012.

23    WHEREAS, on September 18, 2017, Ocwen filed a Complaint seeking damages against
24  Nevada Ranch Twilight.  ECF No.1.

25    WHEREAS, on January 10, 2018, Nevada Ranch Twilight filed a Motion to Dismiss the
26  Complaint.  ECF No. 8.

27    WHEREFORE based on the foregoing,
28  ///

IT IS HEREBY STIPULATED AND AGREED that the time for Ocwen to respond to Nevada Ranch Twilight's Motion to Dismiss (ECF No. 8) should be extended in order for Ocwen to subpoena the HOA Trustee's records for the subject Property in order to determine the correct foreclosing association and ensure that the correct association is named as a party to this action.

IT IS FURTHER STIPULATED AND AGREED that the deadline for Ocwen to respond to the Motion to Dismiss (ECF No. 8), currently January 24, 2018, should be extended by 30 days to February 23, 2018, so that the parties have sufficient time to receive and review the HOA Trustee's collection file, determine the correct foreclosing association and determine an appropriate course of action, whether by dismissal of Nevada Ranch Twilight or by continuing briefing of the Motion to Dismiss.

IT IS SO STIPULATED.

DATED this 22nd day of January, 2018

DATED this 22nd day of January, 2018

/s/ Christina V. Miller
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff Ocwen Loan Servicing, LLC*

/s/ David T. Gluth
David T. Gluth, Esq.
Nevada Bar No. 10596
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101
*Attorneys for Defendant Nevada Ranch Twilight Homeowners Association*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 1/24/2018