WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
cmiller@wrightlegal.net
*Attorneys for Plaintiff Ocwen Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, | Case No.: 2:17-cv-02437-JCM-PAL |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT NEVADA RANCH TWILIGHT HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS COMPLAINT** |
| vs. | |
| NEVADA RANCH TWILIGHT HOMEOWNERS ASSOCIATION, | |
| Defendant. | **(SECOND REQUEST)** |

COME NOW Plaintiff Ocwen Loan Servicing, LLC ("Ocwen") and Defendant Nevada Ranch Twilight Homeowners Association (the "Nevada Ranch Twilight"), by and through their respective counsel of record, and hereby stipulate and agree as follows:

WHEREAS, on August 29, 2009, a Notice of Delinquent Assessment (Lien) was recorded against the subject Property by Alessi & Koenig, LLC (the "HOA Trustee") on behalf of Nevada Ranch Master Homeowners Association ("Nevada Ranch Master").

WHEREAS, on that same date, a Notice of Delinquent Assessment (Lien) was recorded against the subject Property by the HOA Trustee on behalf of Nevada Ranch Twilight.

WHEREAS, on November 16, 2009, a Notice of Default and Election to Sell Under Homeowners Association Lien was recorded against the subject Property by the HOA Trustee on behalf of Nevada Ranch Master.

Page 1 of 4

1   WHEREAS, on that same date, a Notice of Default and Election to Sell Under Homeowners Association Lien was recorded against the subject Property by the HOA Trustee on behalf of Nevada Ranch Twilight.

  WHEREAS, on November 5, 2010, a second Notice of Default and Election to Sell Under Homeowners Association Lien was recorded against the subject Property by the HOA Trustee on behalf of Nevada Ranch Master.

  WHEREAS, on March 20, 2012, a Notice of Trustee's Sale was recorded against the subject Property by the HOA Trustee on behalf of Nevada Ranch Master, stating that a foreclosure sale would proceed on April 11, 2012.

  WHEREAS, on August 14, 2012, a Notice of Trustee's Sale was recorded against the subject Property by the HOA Trustee on behalf of Nevada Ranch Twilight, stating that a foreclosure sale would proceed on September 12, 2012.

  WHEREAS, on August 14, 2012, a second Notice of Trustee's Sale was recorded against the subject Property by the HOA Trustee on behalf of Nevada Ranch Master, stating that a foreclosure sale would proceed on September 12, 2012.

  WHEREAS, on January 8, 2013, a Trustee's Deed Upon Sale was recorded against the Property by the HOA Trustee on behalf of Nevada Ranch Twilight, stating that a foreclosure sale occurred on December 12, 2012.

  WHEREAS, on April 25, 2013, a Corrective Trustee's Deed Upon Sale was recorded against the Property by the HOA Trustee, stating that it was recorded "[t]o correct foreclosing beneficiary name and TS. No." The foreclosing beneficiary was changed from Nevada Ranch Twilight to Nevada Ranch Master. The foreclosure sale date was also changed from December 12, 2012, to September 12, 2012.

  WHEREAS, on September 18, 2017, Ocwen filed a Complaint seeking damages against Nevada Ranch Twilight. ECF No.1.

  WHEREAS, on January 10, 2018, Nevada Ranch Twilight filed a Motion to Dismiss the Complaint. ECF No. 8.

WHEREAS, on January 24, 2018, a Stipulation and Order for an extension of time for Ocwen to respond to Nevada Ranch Twilight's Motion to Dismiss was filed. ECF No. 10.

WHEREAS, Ocwen subpoenaed records from Alessi & Koenig, LLC ("Alessi"), the foreclosure agent for Nevada Ranch Master and Nevada Ranch Twilight, to determine whether Nevada Ranch Twilight or Nevada Ranch Master was the correct foreclosing association. However, it continues to remain unclear from Alessi's records whether Nevada Ranch Master or Nevada Ranch Twilight foreclosed.

WHEREFORE based on the foregoing,

IT IS HEREBY STIPULATED AND AGREED that the time for Ocwen to respond to Nevada Ranch Twilight's Motion to Dismiss (ECF No. 8) should be extended further in order for Ocwen to continue its investigation into whether Nevada Ranch Twilight or Nevada Ranch Master was the foreclosing association. Specifically, Ocwen seeks to subpoena Nevada Ranch Master's records for the subject Property in order to determine the correct foreclosing association and ensure that the correct association is named as a party to this action. Nevada Ranch Twilight does not object to Ocwen's request for more time.

IT IS FURTHER STIPULATED AND AGREED that the deadline for Ocwen to respond to the Motion to Dismiss (ECF No. 8), currently February 23, 2018, should be extended by an additional 30 days to March 25, 2018, so that the parties have sufficient time to receive and review Nevada Ranch Twilight's and Nevada Ranch Master's records for the subject Property, determine the correct foreclosing association and determine an appropriate course of action, whether by dismissal of Nevada Ranch Twilight or by continuing briefing of the Motion to Dismiss.

///
///
///
///
///
///

IT IS SO STIPULATED.

DATED this 23rd day of February, 2018                 DATED this 23rd day of February, 2018

*/s/ Christina V. Miller*                                                */s/ David T. Gluth*
Christina V. Miller, Esq.                                             David T. Gluth, Esq.
Nevada Bar No. 12448                                              Nevada Bar No. 10596
7785 W. Sahara Ave., Suite 200                              300 South Fourth Street, Suite 1550
Las Vegas, NV 89117                                                Las Vegas, NV 89101
*Attorneys for Plaintiff Ocwen Loan*                      *Attorneys for Defendant Nevada Ranch*
*Servicing, LLC*                                                         *Twilight Homeowners Association*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 23, 2018