ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, II, ESQ.
Nevada Bar No. 10596
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9316
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
dgluth@grsm.com

*Attorneys for Nevada Ranch Twilight
Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> NEVADA RANCH TWILIGHT HOMEOWNERS ASSOCIATION, <br><br> Defendant. | Case No.: 2:17-cv-02437-JCM-PAL <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS COMPLAINT AND RESPONSE TO MOTION FOR LEAVE TO AMEND COMPLAINT (SECOND REQUEST)** |

Pursuant to Local Rules IA 6-1 and 7-1, Plaintiff Ocwen Loan Servicing, LLC ("Ocwen"), and Defendant Nevada Ranch Twilight Homeowners' Association ("Nevada Ranch"), by and through their respective attorneys of record, stipulate as follows:

1. Ocwen filed its Complaint on September 18, 2017 (ECF No. 1).

2. Nevada Ranch filed a Motion to Dismiss Complaint on January 10, 2018. (ECF No. 8).

3. Ocwen filed its Opposition to the Motion to Dismiss on March 26, 2018. (ECF No. 13).

4. Ocwen also filed a Motion for Leave to Amend Complaint and Caption ("Motion to Amend") on March 29, 2018. (ECF No. 14).

5. The parties agreed to an extension for Nevada Ranch to file a reply to the Motion

-1-

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

to Dismiss to the same date as the response to the Motion to Amend, which are currently due on April 12, 2018. (ECF No.15).

6. Nevada Ranch is requesting a second brief extension in which to file its Reply to the Motion to Dismiss and its Response to the Motion to Amend Complaint. The parties agree that Nevada Ranch should be afforded an extension of time due to the number of legal issues in this case related to seven different causes of action alleged against Nevada Ranch in order for it to sufficiently respond to Ocwen's opposition and motion. Additionally, counsel for Nevada Ranch has had an attorney recently leave its practice group which has caused temporary burden in covering case loads. Ocwen has no objection to the brief extension.

7. Therefore, the parties agree that Nevada Ranch's Reply in support of the Motion to Dismiss and Response to Motion to Amend are now due on or before April 19, 2018.

DATED: April 12th, 2018.

GORDON & REES LLP

 */s/ David T. Gluth*
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, II, ESQ.
Nevada Bar No. 10596
300 S. Fourth Street, Ste. 1550
Las Vegas, Nevada 89101

*Attorneys for Nevada Ranch Twilight Homeowners Association*

DATED: April 12th, 2018.

WRIGHT FINLAY ZAK

 */s/ Christina V. Miller*
DANA J. NITZ, ESQ.
Nevada Bar No. 0050
CHRISTINA V. MILLER, ESQ.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

*Attorneys for Plaintiff Ocwen Loan Servicing, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 13, 2018

1108268/37610332v.1