ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, II, ESQ.
Nevada Bar No. 10596
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9316
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
          dgluth@grsm.com

*Attorneys for Nevada Ranch Twilight
Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA RANCH TWILIGHT HOMEOWNERS ASSOCIATION, a Nevada non-profit company;<br>NEVADA RANCH MASTER HOMEOWNERS ASSOCIATION, a Nevada non-profit company,<br><br>Defendant. | Case No.: 2:17-cv-02437-JCM-PAL<br><br>**STIPULATION AND LEAVE FOR DEFEDANT NEVADA RANCH TWILIGHT HOMEOWNERS ASSOCIATION TO AMEND ITS ANSWER TO AMENDED COMPLAINT** |

Pursuant to Local Rule 7-1, Plaintiff Ocwen Loan Servicing, LLC ("Ocwen"), Defendant Nevada Ranch Twilight Homeowners' Association ("Nevada Ranch Twilight"), and Defendant Nevada Ranch Master Homeowners' Association ("Nevada Ranch Master") by and through their respective attorneys of record, stipulate as follows:

1. Ocwen filed its Complaint on September 18, 2017 (ECF No. 1).

2. Nevada Ranch Twilight filed a Motion to Dismiss Complaint on January 10, 2018. (ECF No. 8).

3. Ocwen filed its Opposition to the Motion to Dismiss on March 26, 2018. (ECF No. 13).

4. Ocwen also filed a Motion for Leave to Amend Complaint and Caption ("Motion to Amend") on March 29, 2018. (ECF No. 14).

1      5.    Nevada Ranch Twilight and Ocwen stipulated to an order allowing Ocwen to
2  amend its Complaint. (ECF No.20).
3      6.    On April 25, 2018, Ocwen filed its First Amended Complaint adding a party
4  Nevada Ranch Master and numerous causes of action.  (ECF No. 21).
5      7.    On May 16, 2018, Wolf Rifkin Shapiro Schulman & Rabkin filed separate
6  answers to the Amended Complaint on behalf of Nevada Ranch Master and Nevada Ranch
7  Twilight. (ECF No. 25 and No. 26).  Counsel was unaware that Nevada Ranch Twilight was
8  already represented and had already made an appearance in this action.
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

*Gordon Rees Scully Mansukhani, LLP*
*300 S. 4th Street, Suite 1550*
*Las Vegas, NV  89101*

8. The parties agree that Nevada Ranch Twilight be allowed to amend its Answer and jointly stipulate to an order allowing Nevada Ranch Twilight to file an amended answer to the Amended Complaint in this matter.

DATED: June 15th, 2018.

GORDON & REES LLP

*/s/ David T. Gluth*
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, II, ESQ.
Nevada Bar No. 10596
300 S. Fourth Street, Ste. 1550
Las Vegas, Nevada 89101

*Attorneys for Nevada Ranch Twilight Homeowners Association*

DATED: June 15th, 2018.

WRIGHT FINLAY ZAK

*/s/Christina V. Miller*
DANA J. NITZ, ESQ.
Nevada Bar No. 0050
CHRISTINA V. MILLER, ESQ.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

*Attorneys for Plaintiff Ocwen Loan Servicing, LLC*

DATED: June 15 th, 2018.

GORDON & REES LLP

*/s/Gregory P. Kerr*
GREGORY P. KERR, ESQ.
Nevada Bar No. 10386
JORDAN BUTLER, ESQ.
Nevada Bar No. 10531
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120

*Attorneys for Nevada Ranch Master Homeowners Association*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 10, 2018