# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, | Case No. 2:17-CV-2437 JCM (pal) |
| Plaintiff(s), | ORDER |
| v. | |
| NEVADA RANCH TWILIGHT HOMEOWNERS ASSOCIATION, et al., | |
| Defendant(s). | |

Presently before the court is the parties' stipulation to stay litigation pending outcome of appeal in state court. (ECF No. 37). The parties request to stay all proceedings except for Nevada Ranch Twilight Homeowners Association's interrogatories, requests for admissions, and requests for production of documents. *Id.* Ocwen Loan Servicing, LLC's responses are due on August 27, 2018. *Id.*

The instant stipulation would halt litigation and raise a genuine risk of continuous delay. The joint discovery plan and scheduling order will stand. (ECF No. 32).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the parties' stipulation to stay litigation pending outcome of appeal in state court (ECF No. 37), be, and the same hereby is, DENIED.

DATED August 22, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**