**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
DOUGLAS M. COHEN, ESQ.
Nevada Bar No. 1214
GREGORY P. KERR, ESQ.
Nevada Bar No. 10383
JORDAN BUTLER, ESQ.
Nevada Bar No. 010531
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dcohen@wrslawyers.com
gkerr@wrslawyers.com
JButler@wrslawyers.com

*Attorneys for Nevada Ranch Master*
*Homeowners Association*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, | Case No. 2:17-cv-02437-JCM-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND LEAVE FOR DEFENDANT NEVADA RANCH MASTER HOMEOWNERS ASSOCIATION TO AMEND ITS ANSWER TO AMENDED COMPLAINT** |
| NEVADA RANCH TWILIGHT HOMEOWNERS ASSOCIATION, a Nevada non-profit company; NEVADA RANCH MASTER HOMEOWNERS ASSOCIATION, a Nevada non-profit company; | |
| Defendants. | |

Pursuant to Local Rule 7-1, Plaintiff Ocwen Loan Servicing, LLC ("Ocwen"), Defendant Nevada Ranch Twilight Homeowners' Association ("Nevada Ranch Twilight"), and Defendant Nevada Ranch Master Homeowners' Association ("Nevada Ranch Master") by and through their respective attorneys of record, stipulate as follows:

1.    Ocwen filed its Complaint on September 18, 2017 (ECF No. 1).

2.    Nevada Ranch Twilight filed a Motion to Dismiss Complaint on January 10, 2018. (ECF No. 8).

3.    Ocwen filed its Opposition to the Motion to Dismiss on March 26, 2018. (ECF No. 13).

4.      Ocwen also filed a Motion for Leave to Amend Complaint and Caption ("Motion to Amend") on March 29, 2018. (ECF No. 14).

5.      Nevada Ranch Twilight and Ocwen stipulated to an order allowing Ocwen to amend its Complaint. (ECF No.20).

6.      On April 25, 2018, Ocwen filed its First Amended Complaint adding a party Nevada Ranch Master and numerous causes of action.  (ECF No. 21).

7.      On May 16, 2018, Wolf Rifkin Shapiro Schulman & Rabkin filed separate answers to the Amended Complaint on behalf of Nevada Ranch Master and Nevada Ranch Twilight. (ECF No. 25 and No. 26).  Counsel was unaware that Nevada Ranch Twilight was already represented and had already made an appearance in this action.

8.      On July 10, 2018, this Court entered an order granting the stipulation to allow Nevada Ranch Twilight to file an amended answer to Ocwen's First Amended Complaint. (ECF No. 31).

9.      On July 10, 2018, the Joint Proposed Discovery Plan and Scheduling Order was filed with the Court. (ECF No. 30).

10.     The parties agree that Nevada Ranch Master be allowed to amend its Answer and jointly stipulate to an order allowing Nevada Ranch Master to file an amended answer to the Amended Complaint in this matter.

///

///

///

///

///

///

///

///

///

11.     The parties agree that Nevada Ranch Master be allowed to amend its Answer and jointly stipulate to an order allowing Nevada Ranch Master to file an amended answer to the Amended Complaint in this matter.

DATED:  August 28, 2018.                         DATED: August 28, 2018.

GORDON & REES LLP                          WRIGHT FINLAY ZAK

/s/ David T. Gluth, II                                  /s/ Christina V. Miller
ROBERT S. LARSEN, ESQ.                     DANA J. NITZ, ESQ.
Nevada Bar No. 7785                            Nevada Bar No. 0050
DAVID T. GLUTH, II, ESQ.                      CHRISTINA V. MILLER, ESQ.
Nevada Bar No. 10596                           Nevada Bar No. 12448
300 S. Fourth Street, Ste. 1550                7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada  89101                      Las Vegas, NV  89117

*Attorneys for Nevada Ranch Twilight*          *Attorneys for Plaintiff Ocwen Loan Servicing,*
*Homeowners Association*                        *LLC*

DATED: August 28, 2018.

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

/s/ Gregory P. Kerr
GREGORY P. KERR, ESQ.
Nevada Bar No. 10386
JORDAN BUTLER, ESQ.
Nevada Bar No. 10531
3556 E. Russell Road, Second Floor
Las Vegas, Nevada  89120

*Attorneys for Nevada Ranch Master*
*Homeowners Association*

## ORDER

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the parties having stipulated to amending the answer, the Motion to Amend Answer (ECF No. 36) is DENIED as moot, and the hearing currently scheduled for September 18, 2018 is VACATED.

Dated: August 30, 2018

Peggy A. Leen
United States Magistrate Judge