WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
cmiller@wrightlegal.net
*Attorneys for Plaintiff Ocwen Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> NEVADA RANCH TWILIGHT HOMEOWNERS ASSOCIATION, NEVADA RANCH MASTER HOMEOWNERS ASSOCIATION, <br><br> Defendants. | Case No.: 2:17-cv-02437-JCM-PAL <br><br> **STIPULATION AND ORDER FOR EXTENSION OF DEADLINE TO RESPOND TO PENDING MOTIONS FOR SUMMARY JUDGMENT** <br><br> **[FIRST REQUEST]** |

COME NOW Plaintiff Ocwen Loan Servicing, LLC ("Ocwen") and Defendant Nevada Ranch Master Homeowners Association (the "HOA") (collectively, the "Parties"), by and through their respective counsel of record, and hereby stipulate and agree as follows:

WHEREAS, this matter concerns claims for damages by Ocwen against the HOA arising out of the non-judicial foreclosure of the HOA's lien against real property identified as 5646 Low Stakes Court, Las Vegas, Nevada 89122.

WHEREAS, on January 11, 2019, the HOA filed its Motion for Summary Judgment on the Basis of Res Judicata; or in the Alternative, Motion for Partial Summary Judgment against Ocwen. ECF Nos. 48 and 49.

WHEREAS, on January 11, 2019, Ocwen filed its competing Motion for Summary Judgment against the HOA. ECF No. 50.

WHEREAS, the current deadline for the Parties to respond to the pending dispositive motions [ECF Nos. 48-50, inclusive] is currently set for February 1, 2019.

WHEREAS, the Parties have engaged in settlement discussions and may participate in an appellate mediation, if so ordered, in the separate quiet title appeal pending before the Nevada Supreme Court. *See* Case No. 77819. A mediation date has not yet been set.

WHEREAS, the Parties seek a brief 30-day extension of time to prepare and file responses to the pending dispositive motions [ECF Nos. 48-50, inclusive] in order to conserve their time and resources while pursuing global settlement negotiations.

WHEREFORE based on the foregoing,

IT IS HEREBY STIPULATED AND AGREED that the deadline for the Parties to respond to the pending Motions for Summary Judgment [ECF Nos. 48-50] should be continued from February 1, 2019 to March 4, 2019.

IT IS SO STIPULATED.

DATED this 31st day of January, 2019.                    DATED this 31st day of January, 2019.

WRIGHT, FINLAY & ZAK, LLP                               WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

*/s/* Christina V. Miller, Esq.                          */s/* Gregory P. Kerr, Esq.
Christina V. Miller, Esq.                                Gregory P. Kerr, Esq.
Nevada Bar No. 12448                                     Nevada Bar No. 10383
7785 W. Sahara Ave., Suite 200                           3556 E. Russell Road, Second Floor
Las Vegas, NV 89117                                      Las Vegas, NV 89120
*Attorneys for Plaintiff Ocwen Loan Servicing, LLC*      *Attorneys for Defendant Nevada Ranch Master Homeowners Association*

**IT IS SO ORDERED.**

DATED: February 4, 2019.

_____
UNITED STATES DISTRICT JUDGE