UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC,<br><br>                    Plaintiff,<br>    v.<br><br>NEVADA RANCH TWILIGHT HOMEOWNERS ASSOCIATION,<br><br>                    Defendant. | Case No. 2:17-cv-02437-JCM-PAL<br><br>ORDER |

Presently before the court is the matter of *Ocwen Loan Servicing, LLC v. Nevada Ranch Twilight Homeowners Association*, case number 2:17-cv-02437-JCM-PAL.

The parties have reached a settlement agreement. *See* (ECF No. 55). Accordingly, the court will deny without prejudice all pending motions for summary judgment (ECF Nos. 48, 49, 50) to the parties' ability to renew their motions should the settlement not materialize.

Accordingly,

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the parties shall submit a joint status report to the court within thirty (30) days of the date of this order. Failure to submit a joint status report may result in dismissal of this case for want of prosecution.

DATED THIS 10th day of April 2019.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE