| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 | Matthew S. Carter, Esq.<br>Nevada Bar No. 9524 |
| 3 | Christina V. Miller, Esq.<br>Nevada Bar No. 12448 |
| 4 | 7785 W. Sahara Ave., Suite 200 |
| 5 | Las Vegas, NV 89117<br>(702) 475-7964; Fax: (702) 946-1345 |
| 6 | cmiller@wrightlegal.net |
| 7 | *Attorneys for Plaintiff Ocwen Loan Servicing, LLC* |

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA RANCH TWILIGHT HOMEOWNERS ASSOCIATION, NEVADA RANCH MASTER HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.:  2:17-cv-02437-JCM-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

 COME NOW Plaintiff Ocwen Loan Servicing, LLC ("Ocwen") and Defendant Nevada Ranch Master Homeowners Association (the "HOA") (collectively, the "Parties"), by and through their respective counsel of record, and hereby stipulate and agree as follows:

///
///
///
///
///
///
///
///

IT IS HEREBY STIPULATED AND AGREED that, pursuant to a confidential settlement reached between Ocwen and the HOA, Ocwen dismisses its claims against the HOA, with prejudice, each party to bear its own attorney's fees and costs.

IT IS SO STIPULATED.

DATED this 25th day of June, 2019.                   DATED this 25th day of June, 2019.

WRIGHT, FINLAY & ZAK, LLP                           WOLF, RIFKIN, SHAPIRO, SCHULMAN
                                                     & RABKIN, LLP

*/s/ Christina V. Miller*                            */s/ Gregory P. Kerr*
Christina V. Miller, Esq.                            Gregory P. Kerr, Esq.
Nevada Bar No. 12448                                 Nevada Bar No. 10383
7785 W. Sahara Ave., Suite 200                       3556 E. Russell Road, Second Floor
Las Vegas, NV 89117                                  Las Vegas, NV 89120
*Attorneys for Plaintiff Ocwen Loan                  Attorneys for Defendant Nevada Ranch
Servicing, LLC*                                      *Master Homeowners Association*

**IT IS SO ORDERED.**
DATED: June 28, 2019 _____.

_____
UNITED STATES DISTRICT JUDGE